# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 21-3880

Sergio Rosas-Martinez

Petitioner

v.

Merrick B. Garland, Attorney General of the United States

Respondent

---

Petition for Review of an Order of the Board of Immigration Appeals
(A213-643-666)

---

**ORDER**

Petitioner's motion for stay of removal is denied.


January 06, 2022


Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
           /s/ Michael E. Gans